**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-03395-DDD-KMT

BRYAN DEMERATH, an individual; and
JACOB DEMERATH, an individual,

      Plaintiffs,

v.

TRI-LAKES GARAGE DOORS, LLC, a Colorado limited liability company; and
WALTER JAMES HATLEY, JR., an individual,

      Defendants.

---

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

---

      Plaintiffs Bryan Demerath and Jacob Demerath ("Plaintiffs"), and Defendants Tri-Lakes Garage Doors, LLC and Walter James Hatley, Jr. ("Defendants") (jointly, "the Parties), by and through their respective undersigned counsel, and pursuant to D.C.COLOLCivR 16.6, hereby jointly move for a settlement conference to assist them in attempting to facilitate a resolution.

      1.      Pursuant to D.C.COLOLCivR 7.1, undersigned counsel conferred with each other about the relief requested herein. The Parties bring this motion jointly.

      2.      The Court's Order of reference (ECF #16) authorizes the Magistrate Judge, at her discretion, to "convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization" of District Judge Domenico.

3.      Since the Scheduling Order in this matter on January 20, 2021 (ECF # 17), Defendants served and Plaintiffs timely answered written discovery requests. The parties have now also completed the depositions of each other.

4.      Previously, the parties jointly moved to modify the Scheduling Order in order to allow the aforementioned discovery, and to reset the deadline for dispositive motions in this matter (ECF # 19). Although the Court had not yet ruled on that motion, as previously stated, the parties have now completed discovery and are considering potential dispositive motions.

5.      However, prior to preparing and briefing such motions, the parties have discussed the potential for negotiated resolution of this matter, and jointly believe that such negotiation would be best facilitated by the Magistrate Judge. This case is not a class or collective action, there are only two Plaintiffs who each worked for Defendants for a period of less than two years, and their claims are not particularly complex.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that the Magistrate Judge convene a settlement conference in this matter.

Respectfully submitted this 27th day of September 2021.

<table>
<tr>
<td>

*/s/ Andrew E. Swan*
Andrew E. Swan
Paul F. Lewis
Michael D. Kuhn
**LEVENTHAL | LEWIS**
**KUHN TAYLOR SWAN PC**
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903
Telephone:  (719) 694-3000
Facsimile:  (866) 515-8628
    plewis@ll.law
    mkuhn@ll.law
    aswan@ll.law
*Attorneys for Plaintiffs*

</td>
<td>

*/s/ Gary Kramer*
Gary M. Kramer
**GARY M. KRAMER LAW, LLC**
1465 Kelly Johnson Blvd., Suite 210
Colorado Springs, CO 80920
Telephone:  (719) 694-2783
Facsimile:  (719) 452-3622
gary@garykramerlaw.com




*Attorney for Defendants*

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2021, I served the foregoing **JOINT MOTION FOR SETTLEMENT CONFERENCE** upon Plaintiffs' counsel via email as follows:

Andrew E. Swan
Paul F. Lewis
Michael D. Kuhn
LEWIS | KUHN | SWAN PC
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903
Telephone: (719) 694-3000
Facsimile: (866) 515-8628
plewis@lks.law
mkuhn@lks.law aswan@lks.law
*Attorneys for Plaintiffs*

*/s/ Gary M. Kramer*
Gary M. Kramer