IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–03395–DDD–KMT

BRYAN DEMERATH, an individual, and
JACOB DEMARATH, an individual,

    Plaintiffs,

v.

TRI-LAKES GARAGE DOORS, LLC, a Colorado limited liability company, and
WALTER JAMES HATLEY, JR., an individual,

    Defendants.

---

### ORDER TO SUBMIT SETTLEMENT STATEMENTS

---

    On October 19, 2021, The District Judge referred a motion to conduct a settlement conference (Doc. No. 25) to this court (Doc. No. 26).  Since this is not a motion that can be decided by the Magistrate Judge pursuant to D.C.COLO.LCivR 16.6(a), this court will need to obtain settlement statements from the parties, which must include justification for the use of judicial resources for mediation and a candid assessment of the case and the prospects for success at mediation.  Thereafter, this court will make a recommendation to the District Court concerning the same, who then may or may not direct a settlement conference to be held by the Magistrate Judge.

    Therefore, **on or before November 5, 2021**, counsel shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and one <u>Confidential</u> Settlement Statement to be submitted by e-mail <u>only</u> to Magistrate Judge Tafoya.  Extensions of the deadline to file Confidential Settlement Statements require a showing of good cause and should be sought by filing an appropriate motion.  Extensions must be sought **before the deadline expires.**

    The documents that are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence that supports that side's claims, and may present a demand or offer.  These documents should be intended to persuade the clients and counsel on the other side.

The Confidential Settlement Statement prepared for and presented to Magistrate Judge Tafoya should contain the following information:

1. A summary of the evidence, including:

    a. a *numbered list* of the known significant disputed issues of fact; and

    b. a *numbered list* of the known significant disputed legal issues.

2. A <u>candid</u> assessment of the case from the presenter's point of view.

3. Remarks toward any perceived weaknesses in the case. It is not helpful to the court in negotiating a reasonable and fair compromise of claims for counsel to gloss over the deficiencies of their own case or to fail to recognize the strengths of the opposing side. Such willful blindness is often cause to conclude that a settlement conference will be a waste of the court's resources.

4. An *accurate and complete* history of settlement negotiations, including dates, if known, and amounts of demands and offers.

5. A computation of damages, including the theory of calculation and any legal limitations on damages, and a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*.

6. Any observations or additional information which would be helpful to Magistrate Judge Tafoya in assisting the parties to negotiate a settlement.

The document is to be **emailed to Magistrate Judge Tafoya** (<u>not</u> submitted for filing to the court) at *Tafoya_Chambers@cod.uscourts.gov* and shall contain copies of the materials submitted to the other parties.

If the parties' Confidential Settlement Statements and exhibits are not filed by the deadline set by the court, the court will recommend that the District Judge deny the parties' motion for a settlement conference. It the court determines that a settlement conference

conducted by the court would be beneficial, the court will recommend that the District Judge grant the parties' motion for a settlement conference.

Dated this 22nd day of October, 2021.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge