# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-03395-DDD-KMT

BRYAN DEMERATH, an individual; and
JACOB DEMERATH, an individual,

    Plaintiffs,

v.

TRI-LAKES GARAGE DOORS, LLC, a Colorado limited liability company; and
WALTER JAMES HATLEY, JR., an individual,

    Defendants.

___

## NOTICE OF WITHDRAWAL OF JOINT MOTION FOR SETTLEMENT CONFERENCE [DKT. #22]

___

The parties, by and through their respective counsel, hereby notice their withdrawal of their Joint Motion for Settlement Conference [Dkt. #22] and further state that they have agreed to participate in a private mediation.

Respectfully submitted this 29th day of October 2021.

| | |
|---|---|
| */s/ Michael D. Kuhn* | */s/ Gary Kramer* |
| Michael D. Kuhn | Gary M. Kramer |
| LEVENTHAL \| LEWIS | GARY M. KRAMER LAW, LLC |
| KUHN TAYLOR SWAN PC | 1465 Kelly Johnson Blvd., Suite 210 |
| 620 North Tejon Street, Suite 101 | Colorado Springs, CO 80920 |
| Colorado Springs, CO 80903 | Telephone:  (719) 694-2783 |
| Telephone:  (719) 694-3000 | Facsimile:   (719) 452-3622 |
| Facsimile:  (866) 515-8628 | gary@garykramerlaw.com |
| mkuhn@ll.law | |
| | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |