# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-03395-DDD-KMT

BRYAN DEMERATH, an individual; and
JACOB DEMERATH, an individual,

      Plaintiffs,

v.

TRI-LAKES GARAGE DOORS, LLC, a Colorado limited liability company; and
WALTER JAMES HATLEY, JR., an individual,

      Defendants.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
---

The parties, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice with each party to bear his/its own costs and attorneys' fees.

Respectfully submitted this 15th day of November, 2021.

| | |
|---|---|
| */s/ Andrew E. Swan* | */s/ Gary M. Kramer* |
| Andrew E. Swan | Gary M. Kramer |
| Paul F. Lewis | Gary Kramer Law, LLC |
| Michael D. Kuhn | 1465 Kelly Johnson Blvd., Suite 210 |
| LEVENTHAL \| LEWIS | Colorado Springs, CO 80920 |
| KUHN TAYLOR SWAN PC | |
| 620 North Tejon Street, Suite 101 | |
| Colorado Springs, CO 80903 | |
| | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |